1  Cyrus Safa
   Nevada Bar No: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail rohlfing.office@rohlfinglaw.com
5
   Gerald M. Welt
6  Attorney at Law:  1575
   411 E. Bonneville Avenue, #505
7  Las Vegas, NV 89101
   Tel.: (702) 382-2030
8  Fax:  (702) 684-5157
   E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com
9
   Attorneys for Plaintiff  TRINA GUNNARSON
10

11              **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13

14  TRINA GUNNARSON              ) Case No.: 2:20-cv-02107-CB
                                 )
15         Plaintiff,             ) STIPULATION TO EXTEND TIME
    v.                           ) TO FILE MOTION FOR REMAND
16                               )
    KILOLO KIJAKAZI,             ) (FIRST REQUEST)
17  Acting Commissioner of Social )
    Security,                    )
18                               )
                                 )
19         Defendant.             )

20

21      Plaintiff Trina Gunnarson and Defendant Kilolo Kijakazi, Acting

22  Commissioner of Social Security, through their undersigned attorneys, stipulate,

23  subject to this court's approval, to extend the time by 24 days from July 9, 2021 to

24  August 2, 2021 for Plaintiff to file a Motion for Remand, with all other dates in the

25  Court's Order extended accordingly. This is Plaintiff's first request for an

26  extension. This request is made at the request of Plaintiff's counsel to allow

additional time to fully research the issues presented.  Counsel requests the extension due to an increase in workload related to the re-opening and processing of several administrative records close in time.  Additionally, in the past weeks Counsel has been called to assist family after a family member suffered a stroke and is now bedridden and lost the ability to speak.  Counsel apologizes for the inconvenience this request has caused.

DATE: July 29, 2021          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Trina Gunnarson

DATE:  July 29, 2021

Christopher C. Chiou
*Acting United States Attorney*

/s/ *Daniel P. Talbert*

BY: _____
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE:   July 30, 2021

_____
THE HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:20-CV-02107-CB**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 30, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff